IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02197-RPM
(Consolidated with 10-cv-00629-RPM)

NATHAN ACKS,
TIFFANY BRAY,
CHASE GOLL,
ELI HARDY,
AMINAH MASUD,
IAN MORRISON,
BLACK PENDERGRASS,
KIM SIDWELL, and
JACOB STERNBERG,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
DEBORAH DILLEY, a Commander with the Denver Police Department, in her individual
capacity; and
ANTHONY FOSTER, a Sergeant with the Denver Police Department, in his individual
capacity,

      Defendants.

_____

## ORDER FOR DISMISSAL OF PLAINTIFF JACOB STERNBERG
_____

Pursuant to the Stipulation of Dismissal with Prejudice [15] filed July 29, 2011, it

is

ORDERED that Plaintiff Sternberg's Complaint, and all claims relating to or

arising therefrom, are dismissed with prejudice, each party to bear their own costs and

attorney fees.

Dated:   August 1st, 2011

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge